AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| THOMAS L. FITZPATRICK | Case No. 09-po-00033-LTM |
|  | USM No. |

Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  One and Two, Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. § 42-2-101(1) | Operate vehicle without Valid Drivers License | 04/22/2009 | One |
| 36 C.F.R. § 4.21(c)(1) | Speeding 41 mph in a 25 mph zone | 04/22/2009 | Two |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, NO LATER THAN 08/19/2009

Total: $205.00    Assessment $ 20.00    Fine $ 185.00

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1988

City and State of Defendant's Residence: Fruita, CO 81521

08/10/2009
Date of Imposition of Judgment

Signature of Judge

Laird T. Milburn    Magistrate Judge
Name and Title of Judge

08/18/2009
Date